DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. SCALES

No. 92 PC.

Case below: 28 N.C. App. 509.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. SMITH

No. 67 PC.

Case below: 28 N.C. App. 411.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

TAYLOR v. TRIANGLE PORSCHE-AUDI, INC.

No. 37 PC.

Case below: 27 N.C. App. 711.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.